126

Submitted on record and briefs June 28, reversed and remanded for reconsideration August 28, 1985

STATE OF OREGON,
*Respondent,*

*v.*

JAMES FREDERICK KOELLERMEIER,
*Appellant.*

(47487; CA A34831)

704 P2d 1169

Lisa Fithian-Barrett, Oregon City, filed the brief for appellant.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Philip Schradle, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for driving under the influence of intoxicants. His only assignment is that the court erred in denying his petition for diversion pursuant to ORS 484.445.

The court denied the petition because defendant had a previous conviction for driving under the influence of intoxicants. ORS 484.450(4)(a). Defendant contends that that conviction was unconstitutional in that he was not represented by counsel and that it therefore cannot be utilized to deny diversion. The state concedes that defendant is correct. *City of Pendleton v. Standerfer,* 297 Or 725, 688 P2d 68 (1984).

Reversed and remanded for reconsideration of petition for diversion agreement.